

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 6 OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 30th day of December, 2014, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| JANINE JOYCE CHARBONEAU, Appellant | On Appeal from the County Court at Law No. 6, Collin County, Texas<br>Trial Court Cause No. 006-80751-2012. |
| No. 05-13-00340-CR    V. | Opinion delivered by Justice Evans.<br>Justices Bridges and Lang participating. |
| THE STATE OF TEXAS, Appellee | |

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 11th day of March, 2015.



_____
LISA MATZ, Clerk